# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1069

_____

STEPHANIE DANA REESE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Bay County.
Shane Royal Vann, Judge.

April 24, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.